In the Matter of the Claim of ANNA DANEK, Respondent, against JACOB DOLD PACKING COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion granted, with ten dollars costs to the State Industrial Board, unless the case is submitted on October 31, 1928, and briefs filed on November 5, 1928, and said costs paid, in which event motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of ARTHUR HOLDEN, Respondent, against ELKHORN MARKETS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion granted, with ten dollars costs to the State Industrial Board, unless the appellants file papers and perfect appeal on or before the 1st day of December, 1928, and pay said costs, in which event motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of ANTONIO GIGLIO, Respondent, against ARCO MFG. CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion granted, with ten dollars costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of the COMMISSIONER OF TAXATION AND FINANCE and the STATE TREASURER (Arising Out of Death of GEORGE MARTIN), Respondents, against GEORGE WATSON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied, with ten dollars costs against the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of EUGHENIA CERNIAVSCHI, Respondent, against HOMESTEAD LUMBER MANUFACTURING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of AARON RUBENSTEIN, Respondent, against PECHTER BAKING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals granted, and question certified as follows: Was it proper and within the jurisdiction of the State Industrial Board to make an award to the claimant for the total loss of use of the left eye after an award to the claimant for thirty-three and one-third per cent loss of use of the right hand, arising from the same accident, which had been paid? Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of MARION BAUMANN, Respondent, against AUGUST BARTH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of EDWARD MILLIGAN, Respondent, against McKESSON & ROBBINS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.